■ The People of the State of New York, Respondent, v Dontae Williams, Appellant. [896 NYS2d 277]—Motion for writ of

error coram nobis denied. Present—Scudder, P.J., Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD W. JACKSON, Appellant. [896 NYS2d 277]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Green, Pine and Gorski, JJ.